UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD LEE HUDSON, | NO. EDCV 11-640 DDP (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| TIMOTHY E. BUSBY, WARDEN, | |
| Respondent. | |

Pursuant to the Order re Summary Dismissal of Action Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 20, 2011

_____
DEAN D. PREGERSON
United States District Judge