UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD LEE HUDSON,<br><br>    Petitioner,<br><br>  v.<br><br>TIMOTHY E. BUSBY, WARDEN,<br><br>    Respondent. | NO. EDCV 11-640 DDP (FFM)<br><br>JUDGMENT |

Pursuant to the Order re Summary Dismissal of Action Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 20, 2011

_____
DEAN D. PREGERSON
United States District Judge